| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | DAVID HARSHAW, KYSBN # 86435<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-6666x7312 |
| 5 | Fax: (916) 498-6656<br>david_harshaw@fd.org |
| 6 | |
| 7 | Attorneys for Defendant<br>MICHAEL ANTHONY CURRIER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:18-PO-395-JDP |
| Plaintiff, | ) ) | **UNOPPOSED MOTION AND ORDER TO VACATE REVIEW HEARING,** |
| vs. | ) ) | **TERMINATE PROBATION AND ENTER A DISMISSAL** |
| MICHAEL ANTHONY CURRIER, | ) ) | |
| Defendant. | ) ) ) | |

Comes Defendant, Michael Anthony Currier, by counsel David Harshaw, and hereby requests that the review hearing in this case be vacated, that the Defendant's probation be terminated early, and that a dismissal be entered.

Defendant makes this request for the following reasons:

On August 21, 2018, Defendant pled guilty to possession of mushrooms. The plea was made pursuant to a deferred entry of judgment. The Court sentenced Defendant in accord with the agreement of the parties: (1) twelve months of unsupervised probation; (2) obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law; (3) pay a $ 560.00 fine and a $ 40.00 special assessment/processing fee.

-1-

A review hearing is currently set for July 16, 2019[1]. Probation is set to terminate on August 21, 2019.

As of this date, Defendant has paid the entire amount of his fine and his assessment/fee, and he has no new law violations. Accordingly, Defendant requests that his July 16, 2019 review hearing be vacated. He also requests that his probation be terminated early and that the Court enter a dismissal pursuant to the deferred entry of judgment agreement. The United States, through Legal Officer Susan St. Vincent, does not oppose this motion.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 28, 2019      /s/ David Harshaw
DAVID HARSHAW
Assistant Federal Defender
Attorneys for Defendant
MICHAEL ANTHONY CURRIER

///

///

**O R D E R**

The court, being sufficiently advised, orders that the review hearing set for July 16, 2019 in Case No. 6:18-PO-395-JDP be vacated. Further, defendant's probationary period is terminated and the case is dismissed.

IT IS SO ORDERED.

Dated: July 2, 2019

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is not in session on this date. If the Court desires the review hearing to go forward, alternative dates of July 30 and 31 are available. The undersigned will be the Federal Defender those days.